Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>  Plaintiff,<br><br>  vs.<br><br>GREGORY LITTLEJOHN,<br><br>  Defendant.<br>_____ | CASE: 6:12-MJ-0069-MJS<br><br>STIPULATION TO MOVE<br> STATUS CONFERENCE DATE<br>AND ORDER THEREON.<br><br>Court: U.S. District Court - Yosemite<br>Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, Defendant, Gregory Littlejohn, and his attorney of record, Andras Farkas, that the Status Conference in the above-captioned matter currently scheduled for January 8, 2013, be moved to February 13, 2013, at 10:00 a.m.  Fresno DOJ lab informed the Government officer that lab results will be completed before this date.

Dated: January 8, 2013          /s/ Matthew McNease
                                Matthew McNease
                                Acting Legal Officer for
                                National Park Service

Dated: January 8, 2013          /s/ Andras Farkas
                                Andras Farkas
                                Attorney for
                                Gregory Littlejohn

1

1
2
3                              * * * ORDER * * *
4       The Court, having reviewed the above request to move the Status Conference,
5 now set for January 8, 2013, to February 13, 2013, at 10:00 a.m., HEREBY ORDERS
6 AS FOLLOWS:
7       The Status Conference set for January 8, 2013, at 10:00 a.m. in case number
8       6:12-mj-069-MJS, *United States of America vs. Gregory Littlejohn*, is moved to
9       February 13, 2013 at 10:00 a.m..
10
11 IT IS SO ORDERED.
12 Dated:   January 8, 2013            /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE